City of Chicago, a Municipal Corporation, Plaintiff-Appellant, v. Chicago Title & Trust Company, Trustee Under Trust No. 37335 and Deed in Trust, Dated February 1, 1955, Oscar W. Berkson and Unknown Owners, Defendants.

Oscar W. Berkson, Marshall Berkson, Sylvia Berkson and Chicago Title and Trust Company, Trustee, Defendants-Appellees.

Gen. No. 52,495. 

First District.

February 24, 1969.

 Raymond F. Simon, Corporation Counsel of City of Chicago, of Chicago (Marvin E. Aspen and Edmund Hatfield, Assistant Corporation Counsel, of counsel), for appellant; George C. Rabens, of Chicago (S. Joseph Formusa, of counsel), for appellees. Opinion by JUSTICE CRAVEN. Not to be published in full.